**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Case No. 1:20-cv-02074-DDD-KMT

ROSE BANKS, LAMONT BANKS, DAVID BANKS, and COLORADO SPRINGS FELLOWSHIP CHURCH,

    Plaintiffs,

v.

TERRELLE JACKSON,

    Defendant.

---

**AMENDED ORDER GRANTING DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL**

---

    This matter is before the court on Plaintiff Terrelle Jackson's motion for appointment of counsel. Doc. 22. Plaintiffs have sued Mr. Jackson for defamation, intentional infliction of emotional distress, and outrageous conduct. *See* First Amended Compl., Doc. 10. They also seek a preliminary injunction against Mr. Jackson, prohibiting him from further defaming them. *See* Doc. 20. Mr. Jackson represents that he is under financial hardship and is unable to adequately represent himself in the light of the complexity of this action.

    Mr. Jackson is eligible for appointment of pro bono counsel. Local Att'y R. 15(e)(1)(C). The court may enter an appointment order on its own initiative or upon motion. Local Att'y R. 15(f)(1)(A). Upon consideration of all relevant circumstances, including (1) the nature and complexity of the action; (2) the potential merit of Mr. Jackson's defenses; (3) the demonstrated inability of Mr. Jackson to retain counsel by other

means; and (4) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel, see Local Att'y R. 15(f)(1)(B)(i)-(iv), the court finds that Mr. Jackson merits appointment of counsel from the Civil Pro Bono Panel.

Mr. Jackson is advised that there is no guarantee that a Panel member will undertake his representation. Mr. Jackson is cautioned that, until appointed counsel enters an appearance, he is responsible for all scheduled matters, including hearings, depositions, motions, and trial. It remains Mr. Jackson's legal obligation to comply with the Federal Rules of Civil Procedure, the Local Rules of Practice in this District, and all orders of this Court. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) (pro se litigants must follow same rules of procedure that govern others).

Accordingly, it is **ORDERED** that the Clerk of Court is directed to select, notify, and appoint counsel to represent Mr. Jackson in this action.

Dated: October 1, 2020.   BY THE COURT:

_____
Daniel D. Domenico
United States District Judge