IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 20–cv–02074–KMT

ROSE BANKS,
LAMONT BANKS,
COLORADO SPRINGS FELLOWSHIP CHURCH,

    Plaintiffs/Counter-Defendants,

v.

TERRELLE JACKSON,

    Defendant/Counterclaimant.

## ORDER

    In accordance with the guidance from the CDC and the CDPHE, this court is attempting to minimize the need for litigants, attorneys and court personnel to gather in or near the Colorado Springs court facility. (See General Orders 2020-3, 2020-6, 2020-8, 2020-10, 2020-11, 2020-14, 2020-15 and 2020-16.) The court itself remains operational and is fully staffed by employees working both in the office and remotely. Under these circumstances, unless there are unusual circumstances involved in a case, the court is opting to proceed with scheduling the case deadlines without a Fed. R. Civ. P. 16 conference.

    The parties have filed a Proposed Scheduling Order [Doc. No. 36] which this court has carefully reviewed. The scheduling provisions proposed by the parties are unacceptable to the

court in some respects.  Therefore, the Scheduling Order approved by the court will contain the following **modifications**:

Section 4.  Undisputed Facts.  Apparently the parties and their counsel do not understand the meaning of the word "undisputed."  The rhetoric in this section has been deleted.

A Scheduling Order is not an Answer or other responsive pleading as governed by Fed. R. Civ. P. 12.

Section 6(c).  Initial disclosures will be made, if they have not already been made, on or before October 15, 2020.

Section 8.  The court has refashioned this section to be clear concerning the number allowed since the defendant is appearing pro se.

Section 9.  Discovery shall follow the following schedule:

Joinder of Parties and Amendment of Pleadings:     **December 1, 2020**

Discovery Completion                               **April 9, 2021**

All interrogatories, requests for production of documents, and requests for admissions must be served no later than thirty-three (33) days prior to close of discovery:

**March 4, 2021**

Dispositive motions, which are generally filed to request that the Court decide the case without a trial shall be filed on or before     **May 10, 2021**

Each side shall be limited to one (1) expert witness, absent leave of Court.

1. The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 10, 2021**. [This includes disclosure of information applicable to "Witnesses Who Must Provide A Written Report" under Rule 26(a)(2)(B) and information applicable to "Witnesses Who Do Not Provide a Written Report" under Rule 26(a)(2)(C).]

.
.
.

   2. The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 10, 2021**. [This includes disclosure of information applicable to "Witnesses Who Must Provide A Written Report" under Rule 26(a)(2)(B) and information applicable to "Witnesses Who Do Not Provide a Written Report" under Rule 26(a)(2)(C).]

<u>Section 10.</u>  Dates for a Final Pretrial Conference, Trial Preparation Conference and Trial will be set by mutual agreement subsequent to the dispositive motion deadline.

Any provisions that were proposed by one party and not specifically agreed to by the other parties, nor specifically addressed and decided by the court are deemed disputed and not adopted by the court at this time.

Dated October 13, 2020.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge