**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:34 am, Feb 12, 2021
JEFFREY P. COLWELL, CLERK

Civil Action No. __20-cv-02074-KMT___

ROSE BANKS, and LAMONT BANKS and COLORADO SPRINGS FELLOWSHIP CHURCH,

    Plaintiff(s),

v.

TERRELLE JACKSON,

    Defendant(s).

---

MOTION FOR/TO: Honor Defendant's original answer for Amended Complaint

---

    An amended complaint was filed on December 29th. The Defendant seeks to file a motion asking that the courts treat the Defendants original answer filed on September 22, 2020 as an answer to the amended complaint. This complaint has been amended several times and I was unaware that a response to the complaint was needed each time an amended complaint was filed. I am still unrepresented by a lawyer and that knowledge was unknown to me. I understand my answer still mentions the recently removed Plaintiff David Banks, I ask that for that part of the mentioned Plaintiff be looked over. With the duty to confer with opposing counsel I did email the Plaintiffs' lawyer on 2/11/2021 and their lawyer agreed that the previous filed answer would be sufficient enough for their amended complaint and it would be a waste of the courts time to file a new one.  The opposing counsel's response is as follows "I will oppose any request to extend the time to Answer. The amended complaint was filed on 12/29/2020 and all it did was strike David Banks as a Plaintiff; in all other respects it was the same. Any attempt to Answer this Amended Complaint, as you have already Answered [see Dkt. Entry No. 31] will be opposed as a frivolous waste of the parties' time and the Courts and I will seek sanctions under Rules 11(b), (c), FRCivP.  Any such extension will be deemed to be an attempt to avoid final resolution of the matter and to delay discovery, etc. I will seek attorney fees and court costs to be imposed upon you as set forth in R. 11(c)(2)." This response was received from Plaintiffs' lawyer Bernard Kleinman. I would ask the courts to honor this request.

    I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].

---

[1] [**Note:** Local Civil Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party

Dated at: ARLINGTON__*(city)*, _TX____*(state)*, this __12___day __February 2021.

*Terrelle Jackson*
2131 N. Collins Suite 433 – PMB 174
Arlington, TX 76011
Telephone: (214) 434-9153
E-mail: Terrelle.L.Jackson@gmail.com

---

about the subject of their motion before filing the motion, and to describe the specific efforts to fulfill this duty. The duty to confer is not required, in certain exceptions. See D.C.COLOLCivR 7.1(b)(1)-(4).]

## CERTIFICATE OF SERVICE

I hereby certify that on 02/12/2021,
I sent a copy of the MOTION FOR/TO Honor Defendant's original answer for Amended Complaint

to the following parties in the way described below each party's name:

Party Name: ROSE BANKS, and LAMONT BANKS and
COLORADO SPRINGS FELLOWSHIP CHURCH
_____
How Served: EMAIL_____
Party Attorney's Name: BERNARD KLEINMAN_____
Address: 108 VILLAGE SQUARE, SUITE 313_____
\_SOMERS, NY 10589-2305_____
Telephone Number: \_\_914.644.6660_____
Email Address: \_\_ATTRNYLWYR@YAHOO.COM_____

_____ [DocuSigned by: 5A33910C5B344A4...]   _____
(Signature of person completing service)
Print Name:\_\_\_\_\_Terrelle Jackson_____
Address: 2131 N. Collins Suite 433 – PMB 174, Arlington, TX 76011
Telephone Number: \_\_\_214-434-9153_____
Email Address: Terrelle.L.Jackson@gmail.com_____

3