IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 20–cv–02074–KMT

ROSE BANKS,
LAMONT BANKS,
COLORADO SPRINGS FELLOWSHIP CHURCH,

    Plaintiffs/Counterclaim-Defendants,

v.

TERRELLE JACKSON,

    Defendant/Counterclaim-Plaintiff/Third-Party Plaintiff,

v.

WALTER GOINS, SR.,
MICHELE HARRIS,
YOLANDA MOORE,
ARIEL HAUGHTON,
TIFFANY STEWART,
RONALD COOKS, SR.,
JULIA COOKS,
JANETTE WILLIAMS,
JYNEL GAULDEN,
ASHLEY BROWN,
LOCAL NON-PROFIT: A JUST CAUSE (20-0612423),
WILLIAM WILLIAMS,
WAYNE WRIGHT,
NECEY JENKINS,
AMBER HENDERSON,
BIANCA STEVENSON,
LIZZ PEE,
OLIVIA HODGES, and

KEA BANKS,

    Third-Party Defendants.

## ORDER TO SHOW CAUSE

This matter is before the court *sua sponte* on Defendant/Counterclaim-Plaintiff/Third-Party Plaintiff Terrelle Jackson's failure to serve the nineteen Third-Party Defendants named in his Answer and Amended Answer.

Federal Rule of Civil Procedure 4(m) provides that:

> [i]f a defendant is not served within 90 days after the complaint is filed, the court— on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against the defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Here, Mr. Jackson filed his Answer, on September 22, 2020, asserting third-party claims against Walter Goins, Sr., Michele Harris, Yolanda Moore, Ariel Haughton, Tiffany Stewart, Ronald Cooks, Sr., Julia Cooks, Janette Williams, Jynel Gaulden, Ashley Brown, Local Non-Profit: A Just Cause (20-0612423), William Williams, Wayne Wright, Necey Jenkins, Amber Henderson, Bianca Stevenson, Lizz Pee, Olivia Hodges, and Kea Banks.[1] (Doc. No. 31 at 16-17.) Mr. Banks thereafter filed an Amended Answer, on February 25, 2021, asserting identical third-party claims against those same individuals and entities. (Doc. No. 70 at 16-17.) More than ninety days have passed since Mr. Jackson's third-party claims were filed, and service still has not been effectuated on the Third-Party Defendants. Mr. Jackson's failure to

---

[1] In his Answer, Mr. Jackson incorrectly identified those nineteen individuals and entities as "Cross Claimants." (Doc. No. 31 at 17.)

2

effectuate proper service upon any of the Third-Party Defendants within the time limits prescribed by Rule 4(m) is grounds for their dismissal from this case, in the absence of justification for the failure.  *See Jones v. Frank*, 973 F.2d 872, 873-74 (10th Cir. 1992).

Accordingly, it is

**ORDERED** that, on or before **March 12, 2021**, Mr. Jackson shall show cause, in writing, as to why his claims against Third-Party Defendants Walter Goins, Sr., Michele Harris, Yolanda Moore, Ariel Haughton, Tiffany Stewart, Ronald Cooks, Sr., Julia Cooks, Janette Williams, Jynel Gaulden, Ashley Brown, Local Non-Profit: A Just Cause (20-0612423), William Williams, Wayne Wright, Necey Jenkins, Amber Henderson, Bianca Stevenson, Lizz Pee, Olivia Hodges, and Kea Banks should not be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 4(m), for lack of service.  If the response is not timely filed, or if Mr. Jackson fails to show good cause for his failure to serve the Third-Party Defendants, the court will dismiss Mr. Jackson's third-party claims without further notice.

Dated this 26th day of February, 2021.

BY THE COURT:

_____
Kathleen M Tafoya
United States Magistrate Judge