FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:09 am, Mar 08, 2021
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02074-KMT

ROSE BANKS, LAMONT BANKS, COLORADO SPRINGS FELLOWSHIP CHURCH,
    Plaintiff(s),

v.

TERRELLE JACKSON,

    Defendant(s).

---

## MOTION FOR RESPONSE TO SUPPLEMENTARY EVIDENCE FOR PRELIMINARY INJUNCTION

---

Be it known to the courts that the Plaintiffs' have tried several times to violate the rights of the Defendant. A Constitutional right for freedom of speech. The Plaintiffs' and their employees and church members have sought out for years on an aggravated stalking task to stalk the family and friends of the Defendant. As pointed out in a motion filed by the Defendant "One thing that I must drive home in this case and make known to the courts is how we've never been friends with any of the Plaintiffs nor any of the current members of Colorado Springs Fellowship Church on any social media platform, but they sure made it a matter of their business to stalk us on the internet for years."

This type of stalking is absolutely a felony offense and also as previously stated in a motion from the Defendant is against the Colorado law. These attempts to silence the Defendant is nothing but desperation to seemingly hide the corrupt behavior of not only all Plaintiffs' but

the members of Colorado Springs Fellowship Church and employees of their nonprofit "A Just Cause"

Dated at _Arlington, __TX, this 8th day _March 2021.

TERRELLE JACKSON

2131 N COLLINS, SUITE 433 - PMB 174, ARLINGTON, TX 76011

214.434.9153

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2021, I sent a copy of the MOTION FOR RESPONSE TO SUPPLEMENTARY EVIDENCE FOR PRELIMINARY INJUNCTION

to the following parties in the way described below each party's name:

Party Name: ROSE BANKS, and LAMONT BANKS and

COLORADO SPRINGS FELLOWSHIP CHURCH

How Served: EMAIL

Party Attorney's Name: BERNARD KLEINMAN

Address: 108 VILLAGE SQUARE, SUITE 313, SOMERS, NY 10589-2305

Telephone Number:  914.644.6660

Email Address:  ATTRNYLWYR@YAHOO.COM

_____

*Terrelle Jackson*

(Signature of person completing service)

Print Name: Terrelle Jackson

Address: 2131 N. Collins Suite 433 – PMB 174, Arlington, TX 76011

Telephone Number: 214-434-9153

Email Address: Terrelle.L.Jackson@gmail.com

3