**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:07 pm, Mar 08, 2021
JEFFREY P. COLWELL, CLERK

Civil Action No. 1:20-cv-02074-KMT

ROSE BANKS, LAMONT BANKS, COLORADO SPRINGS FELLOWSHIP CHURCH,
    Plaintiff(s),

v.

TERRELLE JACKSON,

    Defendant(s).

---

## MOTION FOR RESPONSE FOR ADMISSION FROM PLAINTIFFS

---

    Be it known to the courts that this motion is a complete waste of the courts time as all of this was answered in the Defendants answer. The Defendant request that if this motion is approved then the previous motion filed from the Plaintiffs to strike the Defendants answer be denied.

    These frivolous and irrelevant motions filed from the Plaintiffs seem to be a tactic to bombard the courts to not only waste time but to also blind the courts from the issues and complaint at hand.

    Dated at _Arlington, __TX, this 8th day _March 2021.

TERRELLE JACKSON

2131 N COLLINS, SUITE 433 - PMB 174, ARLINGTON, TX 76011
214.434.9153

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>March 8, 2021</u>,
I sent a copy of the <u>MOTION FOR RESPONSE FOR ADMISSION</u>

<u>t</u>o the following parties in the way described below each party's name:

Party Name: <u>ROSE BANKS, and LAMONT BANKS and</u>

<u>COLORADO SPRINGS FELLOWSHIP CHURCH</u>

How Served: <u>EMAIL                                   </u>

Party Attorney's Name: <u>BERNARD KLEINMAN              </u>

Address: <u>108 VILLAGE SQUARE, SUITE 313, SOMERS, NY 10589-2305       </u>

Telephone Number: <u>  914.644.6660                      </u>
Email Address: <u>  ATTRNYLWYR@YAHOO.COM         </u>

*Terrelle Jackson*
_____

(Signature of person completing service)

Print Name: <u>Terrelle Jackson</u>

Address: <u>2131 N. Collins Suite 433 – PMB 174, Arlington, TX 76011</u>

Telephone Number: <u>214-434-9153</u>

Email Address: <u>Terrelle.L.Jackson@gmail.com</u>