**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02074-KMT

ROSE BANKS, LAMONT BANKS, COLORADO SPRINGS FELLOWSHIP CHURCH,
    Plaintiff(s),

v.

TERRELLE JACKSON,

    Defendant(s).

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
3:15 pm, Mar 08, 2021
**JEFFREY P. COLWELL, CLERK**

MOTION FOR RESPONSE TO MEMORRANDUM OF LAW

    A preliminary injunction was filed on February 2nd, 2021 in which the Defendant filed his response to the Plaintiffs Preliminary injunction on February 8th, 2021. The Plaintiffs filed a response to the Defendants response on February 12th, 2021. The Defendant ask that this response be added to the docket to notify the court of the inadequacies of the Plaintiffs response and also to show proof of the deceitful plans of the Plaintiffs.

    In the Plaintiffs response they mentioned again as they have done several times before that the Defendant left out the names of the individuals that I the Defendant was referencing. Let it be known to the judge that this information is left out for a simple safety measure. The plan of the Plaintiffs is to sue all of the people that are against their false teachings and horrendous acts they have done in Colorado Springs. The proof of this can be found in Exhibit 1 (Which has to be mailed into the courts) of this motion where the Plaintiff Rose Banks states this herself as she speaks of a former case that she too was involved in. The Plaintiff Rose Banks states that it is their plan to not stop until they sue every person that lied on them and the church". It was proven that no lie was told because they lost that case as well as the appeal. As you can see by doing a simple search of the Plaintiffs names in the court system that they love to stay in court, some would label that "Sue Happy People" and that they are. Either that or they have been sued by others for their atrocious behavior. Rose Banks and the members of Colorado Springs Fellowship has had a vendetta since they entered into Colorado to try and shut down the people that have

actually spoken the truth against the corrupt acts that have gone on with the church Colorado Springs Fellowship under the leadership of Pastor Rose Banks, she is behind all of the horrible things said and done. Now her son Lamont Banks follows in her footsteps to continue on with the corrupt acts as he is behind a lot of the things and plans given such as the smear campaigns that come from the Non-Profit "A Just Cause" as Lamont Banks is named as the Executive Director of A Just Cause

The Plaintiffs keep stating that their motion for a Preliminary Injunction was based off of violent behavior towards the Plaintiffs, this is yet another false statement made by the Plaintiffs. There is absolutely no proof that can be found that could ever prove that the Defendant is violent, the Defendant has never been a violent individual and has never had any violent interactions and has never had any legal actions toward him and has never been in any trouble with the law. This statement is absolutely false from the Plaintiffs.

As stated in the Defendants response to the Plaintiffs Preliminary Injunction, the Plaintiff Rose Banks took a completely innocent statement and twisted it to try and make it seem like it was an attack against her, but basic comprehension skills teach you that the way Pastor Rose Banks twisted the statement was perverse and very horrendous. What we have is a Pastor who is now trying to play the victim.

The Plaintiffs stated in their response that I have failed to address law in motions, I would like the court and the Plaintiffs to remember that I am a 29-Year-old Real estate agent who is still unrepresented and fighting this lawsuit alone. I know my rights, but I am unaware of all the legal laws. I know and am studying to be able to properly fight this atrocious claim. In fact, if you want to be quite frank all cases stated up to this point are irrelevant because when have you ever saw in your life a Pastor of a church in her 70s suing a 29-year-old for telling the truth and asserting his constitutional right about his and other life destroying experiences at her church. Again, I state this lawsuit is only to try and shut me up. All of the Defendants statements are facts and truth and as the trial should stand all statements will be proven.

The Plaintiffs claimed that the facts that I have stated is "Unsupported hearsay" I ask that the court honor the chance to prove all facts in the court of law based on the defense of truth. They also stated that I gave irrelevant and inadmissible statements and exhibits. Be it known to the courts that all statements play a huge part in the case to also prove the Defendants defense.

The Plaintiffs stated in their motion that their information was newly discovered, the fact that the Social media pages of myself and my brother have been stalked by several individuals since before the start of this lawsuit has totally stripped the privacy of myself and my family. We are in no way connected to the Plaintiffs or any members of Colorado Springs Fellowship

Church so the fact that they spend their lives worrying about us is human comprehension. We want to be left alone from these individuals; they have destroyed our lives enough.  As stated before one thing that I must drive home in this case and make known to the courts is how we've never been friends with any of the Plaintiffs nor any of the current members of Colorado Springs Fellowship Church on any social media platform but they sure made it a matter of their business to stalk us on the internet for years.

      The Plaintiffs stated that their motion is averred, it is in all actuality its based off of a completely false assumption. In this instance the motion for a second preliminary injunction is False and should be denied

      The first amendment states: Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances. In many instances the Plaintiffs have tried to strip me of my rights to freedom of speech by continually making mention to things I post on my private social media accounts. I have went to counseling for many things that have happened in my life stemming from the church of Colorado Springs Fellowship and me talking about personal experiences that have happened is my testimony and my personal testimonies to my healing. How dare the Plaintiffs remain the cause of the damage done to not only my life but tons of others' lives and then try to strip me of my rights to speak on my personal story. Again, I ask that the courts deny their motions for a Preliminary injunction and cease and desist. The fact that the Plaintiffs know full well that the things the Defendant speaks of they know they did these things yet want to sue the Defendant as if he is lying is completely beyond me. And then they have the unmitigated gall to say in many of their motions that what I am speaking of is of a "Private nature" You destroyed lives publicly why shouldn't we publicly talk about our personal experiences with the Plaintiff Rose Banks and Colorado Springs Fellowship Church.

      In the Plaintiffs' response they mentioned that the court was unqualified to rule on religious matters, this is yet another underhanded scheme of the Plaintiffs to say because the courts can't intervene with religious issues then they think they have gotten away with their guile filled dealings. This also speaks to the character of these individuals as well to even try and use this as an excuse. However, this is not a religious issue. The simple fact of the matter is the Plaintiffs do not like that I have been discussing issues that I have personally seen and experienced at Colorado Springs Fellowship Church, Things that should have never happened and gone on at Christian based faith organization, Things that shouldn't be named among us!

Be it known that this is not the first time the Plaintiffs and their lawyer have tried to undermine and strip the courts of their authority in filing motions. Unlike the Plaintiffs I have not fabricated anything in my motions, and all can be proven at trial.

This is yet another false statement from the Plaintiffs and their lawyer that can be added amongst the many that have already piled up

The Gospel preached at Colorado Springs Fellowship is just like when the slaves got the Bible their slave masters gave them a redacted Bible because their slave master didn't want them to experience the fullness of the Bible because it brought them freedom. This is relevant in the case to speak to the amount of control that exist at Colorado Springs Fellowship Church

The Plaintiffs stated about the video that I have included in my motion that it doesn't state where the video is from nor does it state where it came from. It is evident in the video that it was made by Colorado Springs Fellowship church and came from their social media outlets. Be it known to the courts that all exhibits play a huge part in the case to also prove the Defendants defense and should be allowed.

The Plaintiffs try and tear apart the exhibits that I have included, and they also add a statement that says "If anything, this supports the claims of the Plaintiffs that the Church is an upstanding and valued participant in the Colorado Springs community. How Mr. Miller's statement supports the claim that Plaintiff Rose Banks is not acting as a "a spiritual leader" (Def's Response at p. 2), or that she is "infused with hate and bitterness" (*Id*. at p. 3) is baffling, at best." Be it known to the courts that the referenced account of Mr. Miller is allegedly one of the many fake Facebook accounts used in the illegal solicitation of My Facebook friends and my family. This response from the Plaintiffs speaks to how undermining they are to try and make this seem like this was a legit review when in actuality all of these fake accounts were allegedly made by members of Colorado Springs Fellowship Church.

The Plaintiffs speak to the harassment that has come forward from the members of Colorado Springs Fellowship Church and they state that I the Defendant have no supporting documentation to support these claims. In fact, yes I do have all the documentation needed and those will be properly addressed to the courts when needed. In my original response I also made note of the Colorado law that prohibits the type of harassment and solicitation that the Members of Colorado Springs Fellowship church and Employees of the nonprofit "A just Cause" violently committed. Be it known to the courts that ever since my response to the courts was filed the contacts from these individuals have stopped so they knew that what they were doing was against the law and once it was uncovered, they ceased in doing this allegedly also to try and get

their Preliminary injunction passed. Also be it known to the courts of the recent felony charges of several of the church members that of which to include "Felony Stalking" of the same manner done in this case. This is a constant practice of the members of Colorado Springs Fellowship Church. Again, that speaks to the nature and character of these individuals. The Plaintiffs say that my response is "a discombobulated screed" as you can see comprehension skills are lacking.

The Plaintiffs make mention to the case of Donald trump. I ask that this whole insertion be dismissed because please tell me what acts the former president of the united states has to do with this court case of a Pastor suing a former member for speaking on things and events that have happened in his life under the Leadership and guidance of his former Pastor, Rose Banks that has destroyed not only his life but many others. Please tell me what that has to do with anything with this case. The Plaintiffs need to take responsibility for their vile actions that have created a domino effect and spiraled out of control instead of trying to hide their corruption all in the name of God, how perverse.

Again, the Defendant ask that this motion for a preliminary injunction be denied again according to the first amendment. I have not broken any laws and certainly have not lied nor fabricated any information and that can all be proven.



Dated at _Arlington, __TX, this <u>8th</u> day _March 2021.


<u>TERRELLE JACKSON</u>

<u>2131 N COLLINS, SUITE 433 - PMB 174, ARLINGTON, TX 76011</u>
<u>214.434.9153</u>

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>March 8, 2021</u>,
I sent a copy of the <u>MOTION FOR RESPONSE TO MEMORRANDUM OF LAW</u>

to the following parties in the way described below each party's name:

Party Name: <u>ROSE BANKS, and LAMONT BANKS and</u>

<u>COLORADO SPRINGS FELLOWSHIP CHURCH</u>

How Served: <u>EMAIL</u>_____

Party Attorney's Name: <u>BERNARD KLEINMAN</u>_____

Address: <u>108 VILLAGE SQUARE, SUITE 313, SOMERS, NY 10589-2305</u>_____

Telephone Number: __<u>914.644.6660</u>_____
Email Address: __<u>ATTRNYLWYR@YAHOO.COM</u>_____

_____*Terrelle Jackson*_____

(Signature of person completing service)

Print Name: <u>Terrelle Jackson</u>

Address: <u>2131 N. Collins Suite 433 – PMB 174, Arlington, TX 76011</u>

Telephone Number: <u>214-434-9153</u>

Email Address: <u>Terrelle.L.Jackson@gmail.com</u>

6