**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02074-KMT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:30 am, Mar 12, 2021
JEFFREY P. COLWELL, CLERK

ROSE BANKS, LAMONT BANKS, COLORADO SPRINGS
FELLOWSHIP CHURCH,
    Plaintiff(s),

v.

TERRELLE JACKSON,

    Defendant(s).

---

### MOTION TO SHOW CAUSE

---

    Be it known to the court that the cross-claimant claim naming the following names should stand because of the entire smear campaign and abusive harassment that took place across all social media outlets from each individual. They introduced personal instances to social media be them true or not, certain individuals shared on social media the statement that Plaintiff Rose Banks made to her congregation that the Defendant Terrelle Jackson has AIDS, they thought this was a laughing matter and sought to try and spread utter hatred with this. These individuals took to social media to spread this and other false statements in hopes to destroy my name and image and reputation that I hold not only on social media but as a Minister of the Gospel and a Preacher at my Church, and also my image of being a Real estate agent that I hold in my local community.

    These individuals took to multiple of my business accounts on social media and through email and my personal Real estate Site to spread this smear campaign and also contacted multiple of my friends and associates and even business associates to try and ruin my credibility and reputation that I hold. Not only did they contact business associates and friends they also contacted the Founder of my current church who has now passed on, they sent her a letter while she was on her death bed and also My current Pastor. This letter was given to me by my Pastor as they tried to also ruin my credibility in my church standings also by contacting several members of my current church as well.

    In the letter it included sheer misleading and fraudulent statements such as the Defendant painting his fingers and toenails to match my dogs, this statement is completely concocted. And wearing wigs and heels. The Defendant in earlier years went to school to be a barber and hairstylist but has never worn wigs and heels. Also, a statement that says the defendant started a crusade to lie and slander Pastor Rose Banks, it became my life goal. This is yet another false statement as the Defendant has never lied about anything stated about Plaintiff Rose Banks and

in order for a statement to be slanderous or defamatory is has to first be a lie and nothing false on the Defendants side was ever fictitious. This letter is also found in the exhibits for this motion to show cause.

    I have included over 200+ exhibits to prove all of what has been stated by the Defendant to be true. As it stands my counter suit, and my cross claim should stand. They're vendetta against me to try and destroy me should be properly prosecuted. They're harassment towards me for the last few years although illegal in Colorado Springs they still have yet to cease. They even said statements as "you have messed with the wrong ones" or "we will expose you" all these statements stem back to the Plaintiffs Lamont Banks and Rose Banks as he was the one that they said if they wanted these statements to be fact checked to contact him and she is behind all of this. I have also included voicemails left on my phone and voicemails left on my previous employers (Brokers) phone as well as they were the cause of me getting removed from my previous brokerage and also the cause of me not being able to find another brokerage in my local area that would accept me as a Realtor because when you interview for any brokerage you have to tell them all dealings you have as a way of truth. When I interviewed for multiple brokerages such as JP and associates & The Addison Group and Rogers Healy and others, they declined to take me on as a Realtor because of this lawsuit.

    This is why my cross claim should stay in place and should be honored. They interfered with not only personal relationships but also business relationships. The atrocious behavior from these individuals has caused a huge rift in social standing and has allowed people to look at me differently for the many lies that were spread by these individuals such as that I have AIDS and saying that I would dress up in women's clothes and paint my dogs nails and mine and etc... these are completely nonsense but they chose to spread them all. They have all caused a big dent in finances as well as i have not been able to push Marketing correctly from the fear they would come after my current broker i am with now. If I am not with a brokerage, I cannot practice Real Estate. This is my income so ive had to cease from marketing correctly.

    The abuse and harassment and slander has gone on for years from the members of Colorado Springs Fellowship Church. It is they're teaching that approves this manner of behavior. When others do not go to their church or leave their church, they are taught this behavior is ok. It is a hateful and spiteful and tragic way of living. I ask that the judge review all of these statements made and order to continue with my counter suit and cross claims. There are exhibits showing how many times they called my phone just in one day. There are exhibits that show and prove from my previous broker just how much contact they had with them and reasoning as to why I was removed from Ready Real Estate. I have tried to gain more evidence from Ready Real Estate but since being let go they have been unreachable. This can be seen in Exhibits 26- 31 and also proof of the abusive harassment can be seen on Exhibit 10

    Fighting this seemingly bloodbath these conspirators have attempted to complete against the Defendant and his brother. Their attack was evil and filled with pure hate as that is what is taught that is okay at the church Colorado Springs Fellowship. This type of behavior is not new amongst the members of Colorado Springs Fellowship church, this is just one of the times they have been caught. Every single one of them shared a statement that they made bashing and slandering me and my Brother. That can be seen in Exhibit 188. All named, and others spread

that whole made slanderous and defamatory statement. These people are just like their Pastor and her son. They do their dirt and try and hide their hands and then play the victim

    Be it known to the court that all these individuals work or volunteer for a nonprofit called A Just Cause who is also named in this lawsuit. They say their objective is to fight for justice, but they have done nothing of the sort. Their vengeful social media attacks are spiteful and also filled with hate. They have attacked and slandered multiple individuals and companies that to include Joseph Thurman and Gary Walker, Fisk Landscaping and Ball Metal Pack co and Ron Lee. All of which have proved their immoral and perverse character.

These individuals have created multiple fake social media accounts to taunt and Slander all who are connected to The Jackson Family, please see the attached exhibits to further prove this. They will try and say it was their actions was freedom of speech. No, freedom of speech is issuing statements, that I don't care about, you can talk about me all you want. But the fact that these individuals took to social media to attack my character and my matters of business with real estate and to try and interject my relationship with my current church and current Pastor, that's where I draw the line. These individuals no doubt under the counsel of Plaintiff Rose Banks and Plaintiff Lamont Banks took to social media to spread their hate filled postings about me and my family, not only social media but also the radio world as A Just Cause host a radio show in which the Plaintiff's Rose Banks, and Lamont Banks vomited their slanderous and defaming comments on. All individuals should remain on this case and should be held accountable. They will try and say they didn't say anything, but each one of them shared things on social media especially the post where my Real estate Broker was tagged in the posting. Each time a post is shared with a tag it sends another notification to the person tagged. Each one of the people named should be held accountable for their actions.

Below is a more in-depth reasoning as to why each person should remain on this case:

1. Walter Goins, Sr.:
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Continual emails and messages of harassment from this individual
- Owner of Twitter account: @goinswc29
- Owner of IG account: @goinswc29
- Owner of Email address: goinswc29@gmail.com
- All seen with Exhibits: 38 - 43

2. Michele Harris:
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Owner of Facebook account: Michele Harris
- Owner of Email address: mcharris30@gmail.com
- All seen with Exhibits: 106 - 109

3. Yolanda Moore:

- This individual was the first person that I saw introduce the claim that I had AIDS to social media
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Owner of Facebook account: Yolanda Moore
- All seen with Exhibits: 34 - 37
- Also may be the voice on Exhibit: 161 W/ The Voicemail

4. Ariel Haughton:
- This seemed to be one of the ring leaders of them all and one of the worst ones that sent harassment over social media. She send out slanderous messages to numerous social media friends and would also comment slanderous and defaming statements on My Current church Facebook lives, seemingly as an attack to my current Pastor which she doesn't know and has never met before. She made numerous fake social media accounts to also contact several friends as well as myself. This is shown in Exhibit
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Owner of Facebook accounts: Arie Haughton
- Owner of Facebook accounts: Simone Haughton
- Owner of Facebook accounts: Arie Simone
- Owner of Facebook accounts: Simone Haughton (Not a Duplicate, there are 2)
- Owner of Facebook accounts: Simone Haughton (Not a Duplicate, there are 3)
- Owner of Facebook accounts: Arie Simone (Not a Duplicate, there are 2)
- Owner of Facebook accounts: Arie S Haughton
- Owner of Facebook accounts: Arie S Haughton Arie Simone (Not a Duplicate, there are 2)
- Owner of Email address: ariel.haughton@gmail.com
- Owner of Email address: simonehaughton1195@gmail.com
- Owner of Twitter account: @Arie_Is_Here
- Owner of Twitter account: @Arie_Is_Here22
- All seen with Exhibits: 110 - 136 & 24 &161 &172

5. Tiffany Stewart:
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- This seemed to be one of the ring leaders of them all as well
- Owner of Twitter account: @Tspoon15 -Shown in Exhibits
- Owner of IG account: @onlyatspoon
- Owner of Youtube account: @onlyatspoon
- Owner of LinkedIn account: Tiffany Stewart (Being that this social media is only used for work, the conclusion you can only come to is that she also played a part in finding out where I worked to help get me removed) - Exhibit 175
- All seen with Exhibits: 93 - 105

6.Ronald Cooks, Sr.:

- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Owner of Facebook account: Ron Cooks

7. Julia Cooks:
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Owner of Facebook account: Julia Cooks
- Owner of Twitter account @wowreaally
- Owner of Email address: JuliaCooks40@gmail.com
- All seen with Exhibits: 44 -59

8. Janette Williams:
- She is the owner of the fake social media account named "Majorie justice".
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- All seen with Exhibits: 137 - 160 & 163-167

9.Jynel Gaulden:
- Conspired with Yolanda Moore to spread the slander and defamatory statement that the Defendant has AIDS (Pictured in the Exhibits)
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Owner of Facebook account: "JD Gaulden"
- Owner of Twitter account: @ajusticecause
- All seen with Exhibits: 71 - 73 & 168

10. Ashley Brown:
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Owner of Facebook account: Ash Brown
- Owner of Twitter account: @ashbrsun
- All seen with Exhibits: 60 - 70
- Husbands Exhibit - 162

11. Local Non-Profit: A Just Cause (20-0612423):
- This non profit employs most of all of these individuals and or uses them as volunteers to undertake their main objective to slander and demoralize and defame other individuals and companies. They have been doing this for years. I have listed above the individuals I have seen and experienced this happen to also that to include Sam Thurman Sr and Jr
- Owner of Twitter account: @a_JustCause
- Owner of Twitter account: @AJCExecDIR
- Owner of Twitter account: @AJCRadio
- Owner of Email address: ajc@yahoo.com
- Owner of Facebook account: Free the IRP6
- Owner of Facebook account: a Just Cause Co

12. William Williams:
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Owner of Facebook account: William Williams
- All seen with Exhibits: 84 - 87

13. Wayne Wright:
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Owner of Twitter account: @injustice35
- Owner of Twitter account: @RightingWrong
- Owner of LinkedIn account: Wayne Wright,Jr (Being that this social media is only used for work, the conclusion you can only come to is that he also played a part in finding out where I worked to help get me removed) As Seen in Exhibit 169
- All seen with multiple other exhibits

14. Necey Jenkins:
- This person has never met me nor seen me a day in their life but still chose to run with the heresy they received from their church and Pastor and post all over social media and personally attack me through private messages and public postings.
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Owner of Facebook account: Necey Baybe Jenkins
- Owner of Twitter account: @NeceyJenkins
- All seen with Exhibits: 77 -83

15. Amber Henderson:
- This person has never met me nor seen me a day in their life but still chose to run with the heresy they received from their church and Pastor and post all over social media and personally attack me through private messages and public postings.
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Owner of Facebook account: Mind Ya
- All seen with Exhibits: 32 - 33

16. Bianca Stevenson:
- This person has never met me nor seen me a day in their life but still chose to run with the heresy they received from their church and Pastor and post all over social media and personally attack me through private messages and public postings. As far as I remember this individual wasn't in the church when I was
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Owner of Facebook account: Bianca Stevenson
- Owner of Twitter account: @Bstevenson33
- All seen with Exhibits: 74 - 76

17. Lizz Pee:
- This person has never met me nor seen me a day in their life but still chose to run with the heresy they received from their church and Pastor and post all over social media and personally attack me through private messages and public postings.
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Owner of Facebook account: Lizz Pee
- All seen with Exhibit: 172 and others

18. Olivia Hodges:
 -This individual took to social media to share all of the smear campaign that was introduced from the employees and volunteers of the non-Profit A just cause
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson
- Owner of Twitter account: @JusticWontBDnyd
- All seen with Exhibits: 88 - 92

19. Kea Banks:
-This individual took to social media to share all of the smear campaign that was introduced from the employees and volunteers of the non-Profit A just cause
- Shared in and conspired together with A Just Cause and Plaintiffs Rose Banks and Lamont Banks to run a smear campaign against Defendant Terrelle Jackson and Brother Dustin Jackson


   **Another individual that I found out after the fact that also intervened with my employment with Ready Real Estate and also harassed me was Regenia Thurman, now going by Regenia Simmons. This is shown in Exhibits: 22 & 13. I request that she be added to the list of individuals as I didn't recognize her voice until she stated her name. She also played a part in having me removed from my Brokerage Ready Real Estate. Also another one that played a part in this as well is Felicia Ruff, she harassed me through calls and on social media as well. Her Exhibits I also included.

   These individuals and members of Colorado Springs Fellowship Church have a running reputation of this type of abuse and harassment, proof in a recent case (United States v. Walker), stated by a judge "The Court is particularly concerned that, because CSFC has previously engaged in harassment and intimidation tactics, it may do so again, this time targeting witnesses". Be it known to the courts of a previous case the Plaintiff Rose Banks was named in because of the harassment from her and her members. The judge states" CSFC lashes out— unrelentingly—towards those whom Pastor Banks perceives to have wronged her or her church. The judge also analyzes In which witnesses had to be concealed because the church wanted access to them to further harass them and sue all the witnesses. This was an excerpt from the case stating witnesses had to be concealed for 'risk of being a target of harassment by CSFC." And I also have proof of Plaintiff Rose Banks stating that this was their goal. Another statement from the judge states that "The record shows that Pastor Banks and some CSFC members have engaged in a consistent pattern of harassment against anyone who does not

strictly comply with the demands of Pastor Banks." And this is exactly what these named individuals have done for months, even before this case has started.

More evidence to show cause is the acts of these individuals is literally identical. The previous case states " Pastor Banks had no respect for the rights of others, especially those with whom they disagreed. For example, on the first day of trial after selection of the jury, the Court directed the Defendants to turn in all of the jury rosters, which contained the names and addresses of the jurors. Defendants violated the Court's order and removed one of the rosters from the Courtroom. The roster was returned the next day and the Defendants swore that they had not copied it. However, after the jury returned a verdict of guilty as to all defendants, in violation of this Court's explicit directive that the parties could not contact any of the jurors, members of CSFC, acting on behalf of the IRP-6, began harassing the jurors. One of the jurors reported CSFC's harassment to the Court. The Court then issued an Order *sua sponte*, reiterating that the defendants and any of their representatives are prohibited from contacting members of the jury. (Doc. # 582.) Additionally, as a condition of their release prior to sentencing, the defendants agreed that they would refrain from any additional contact with jurors absent a court order. (Doc. # 592.) However, even after this stipulation, members of CSFC acting on behalf of the defendants continued to harass multiple jurors. " The exact same thing has happened in this case. These individuals are as vile and corrupt as they come.

Additional evidence to show cause that also resembles this identically, the judge state "A Just Cause, an organization founded by CSFC to act on behalf of and in coordination with the IRP-6, has engaged in a campaign to harass all involved with this case, and the Court has no reason to conclude that it will halt its pattern of harassment. " This is also why A just cause should remain on this case as that nonprofit is the head of all of the harassment and founded by Plaintiff Colorado Springs Fellowship Church and Plaintiff Rose Banks. These individuals hold a sick reputation in the community of Colorado and allowing this claim would seek to stop the blood baths these individuals continue to seek.

Be it known to the courts the dealings of these individuals and Church organization is against Colorado Law and should be punished. Read one of the laws in Colorado against Harassment found here : (https://www.hmichaelsteinberg.com/colorado-harassment-misdemeanor-harassment-stalking-18-9-111.html)

**Colorado Harassment Misdemeanor Harassment / Stalking (18-9-111)**

1. A person commits harassment if, with intent to harass, annoy, or alarm another person, he or she:
   Strikes, shoves, kicks, or otherwise touches a person or subjects him to physical contact; orIn a public place directs obscene language or makes an obscene gesture to or at another person; or Follows a person in or about a public place; orRepealed.Initiates communication with a person, anonymously or otherwise by telephone, computer, computer network, or computer system in a manner intended to harass or threaten bodily injury or property damage, or makes any comment, request, suggestion, or proposal by telephone, computer, computer network, or computer system that is obscene; or Makes a telephone call or causes a telephone to ring repeatedly, whether or not a conversation ensues, with no purpose of

    legitimate conversation; or Makes repeated communications at inconvenient hours that invade the privacy of another and interfere in the use and enjoyment of another's home or private residence or other private property; or Repeatedly insults, taunts, challenges, or makes communications in offensively coarse language to, another in a manner likely to provoke a violent or disorderly response. 1.5 As used in this section, unless the context otherwise requires, "obscene" means a patently offensive description of ultimate sexual acts or solicitation to commit ultimate sexual acts, whether or not said ultimate sexual acts are normal or perverted, actual or simulated, including masturbation, cunnilingus, fellatio, anilingus, or excretory functions.
2. Harassment pursuant to subsection (1) of this section is a class 3 misdemeanor; except that harassment is a class 1 misdemeanor if the offender commits harassment pursuant to subsection (1) of this section with the intent to intimidate or harass another person because of that person's actual or perceived race, color, religion, ancestry, or national origin.
3. Any act prohibited by paragraph (e) of subsection (1) of this section may be deemed to have occurred or to have been committed at the place at which the telephone call, electronic mail, or other electronic communication was either made or received.
4. The general assembly hereby finds and declares that stalking is a serious problem in this state and nationwide. Although stalking often involves persons who have had an intimate relationship with one another, it can also involve persons who have little or no past relationship. A stalker will often maintain strong, unshakable, and irrational emotional feelings for his or her victim, and may likewise believe that the victim either returns these feelings of affection or will do so if the stalker is persistent enough. Further, the stalker often maintains this belief, despite a trivial or nonexistent basis for it and despite rejection, lack of reciprocation, efforts to restrict or avoid the stalker, and other facts that conflict with this belief. A stalker may also develop jealousy and animosity for persons who are in relationships with the victim, including family members, employers and co-workers, and friends, perceiving them as obstacles or as threats to the stalker's own "relationship" with the victim. Because stalking involves highly inappropriate intensity, persistence, and possessiveness, it entails great unpredictability and creates great stress and fear for the victim. Stalking involves severe intrusions on the victim's personal privacy and autonomy, with an immediate and long-lasting impact on quality of life as well as risks to security and safety of the victim and persons close to the victim, even in the absence of express threats of physical harm. The general assembly hereby recognizes the seriousness posed by stalking and adopts the provisions of this subsection (4) and subsections (5) and (6) of this section with the goal of encouraging and authorizing effective intervention before stalking can escalate into behavior that has even more serious consequences.
A person commits stalking if directly, or indirectly through another person, such person knowingly:
Makes a credible threat to another person and, in connection with such threat, repeatedly follows, approaches, contacts, or places under surveillance that person, a member of that person's immediate family, or someone with whom that person

has or has had a continuing relationship; or Makes a credible threat to another person and, in connection with such threat, repeatedly makes any form of communication with that person, a member of that person's immediate family, or someone with whom that person has or has had a continuing relationship, regardless of whether a conversation ensues; or Repeatedly follows, approaches, contacts, places under surveillance, or makes any form of communication with another person, a member of that person's immediate family, or someone with whom that person has or has had a continuing relationship in a manner that would cause a reasonable person to suffer serious emotional distress and does cause that person, a member of that person's immediate family, or someone with whom that person has or has had a continuing relationship to suffer serious emotional distress. For purposes of this subparagraph (III), a victim need not show that he or she received professional treatment or counseling to show that he or she suffered serious emotional distress.
For the purposes of this subsection (4):
Conduct "in connection with" a credible threat means acts which further, advance, promote, or have a continuity of purpose, and may occur before, during, or after the credible threat; "Credible threat" means a threat, physical action, or repeated conduct that would cause a reasonable person to be in fear for the person's safety or the safety of his or her immediate family or of someone with whom the person has or has had a continuing relationship. Such threat need not be directly expressed if the totality of the conduct would cause a reasonable person such fear.
"Immediate family" includes the person's spouse and the person's parent, grandparent, sibling, or child; and "Repeated" or "repeatedly" means on more than one occasion.

5. Where a person commits stalking under paragraph (b) of subsection (4) of this section, the following shall apply:
A person commits a class 5 felony for a first offense.
a.5 For a second or subsequent offense, if such offense occurs within seven years of the date of a prior offense for which such person was convicted, the offender commits a class 4 felony.
a.7 Stalking is an extraordinary risk crime that is subject to the modified presumptive sentencing range specified in section 18-1.3-401 (10).
If, at the time of the offense, there was a temporary or permanent protection order, injunction, or condition of bond, probation, or parole or any other court order in effect against such person prohibiting the behavior described in paragraph (b) of subsection (4) of this section, such person commits a class 4 felony. In addition, when a violation under subsection (4) of this section is committed in connection with a violation of a court order, including but not limited to any protection order or any order that sets forth the conditions of a bond, any sentence imposed for such violation pursuant to this subsection (5) shall run consecutively and not concurrently with any sentence imposed pursuant to section 18-6-803.5 and with any sentence imposed in a contempt proceeding for violation of the court order. Nothing in this paragraph (b) shall be construed to alter or diminish the inherent authority of the court to enforce its orders through civil or criminal contempt proceedings; however, before a criminal contempt proceeding is heard before the

      court, notice of the proceedings shall be provided to the district attorney for the district of the court where the proceedings are to be heard and the district attorney for the district of the court where the alleged act of criminal contempt occurred. The district attorney for either district shall be allowed to appear and argue for the imposition of contempt sanctions.
6. A peace officer shall have a duty to respond as soon as reasonably possible to a report of stalking and to cooperate with the alleged victim in investigating such report.

    This Colorado law also states "Under CRS 18-9-111, Colorado law defines criminal harassment as intentionally bothering, annoying, or alarming someone by way of repeated contact, obscene gestures, hitting, taunting, or following in public. A conviction is a [misdemeanor](#) punishable by up to 6 months in jail and/or $50 to $750 in fines. But harassing a person based on his or her race, religion, or disability is punishable by 6 to 18 months and/or $500 to $5,000." Religion plays a huge part in this because I no longer attend Colorado Springs Fellowship Church so that is why these individuals and Pastor seek to try and destroy me and my image, that is also another reason this should be enough to show cause.

    In good faith I the Defendant believe I have more than enough shown cause as to why these individuals should be held accountable for their deceptive and horrible actions. I ask the courts to grant the petition of the Defendant and leave all cross claimants on the claim.

I have multiple motions that are having to be mailed to the court due to the file type. Those will be received shortly

Dated at _Arlington, __TX, this 8th day _March 2021.

                                                  TERRELLE JACKSON

                2131 N COLLINS, SUITE 433 - PMB 174, ARLINGTON, TX 76011
                                                            214.434.9153

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2021,
I sent a copy of the MOTION TO SHOW CAUSE
to the following parties in the way described below each party's name:

Party Name: ROSE BANKS, and LAMONT BANKS and

COLORADO SPRINGS FELLOWSHIP CHURCH

How Served: EMAIL_____

Party Attorney's Name: BERNARD KLEINMAN_____

Address: 108 VILLAGE SQUARE, SUITE 313, SOMERS, NY 10589-2305_____

Telephone Number: __914.644.6660_____

Email Address: __ATTRNYLWYR@YAHOO.COM_____

_____ *Terrelle Jackson* _____

(Signature of person completing service)

Print Name: Terrelle Jackson

Address: 2131 N. Collins Suite 433 – PMB 174, Arlington, TX 76011

Telephone Number: 214-434-9153

Email Address: Terrelle.L.Jackson@gmail.com