**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:23 pm, Jul 13, 2021
JEFFREY P. COLWELL, CLERK

Civil Action No. <u>1:20-cv-02074-KMT</u>

ROSE BANKS, LAMONT BANKS, COLORADO SPRINGS
FELLOWSHIP CHURCH,
      Plaintiff(s),

v.

TERRELLE JACKSON,

      Defendant(s).

---

## MOTION TO UPDATE COURT

---

     Motion to further update the courts of the absurd behaviors of the members of Colorado Springs Fellowship Church which is a named Plaintiff in the case. The whole weekend and leading up to tonight they have been running another smear campaign of Terrelle Jackson. They have been posting on every posting I have on my business Facebook page for Real Estate which is seen by not only the 538 people who like the page but also by the 545 people who follow that page.

     On July 8th I acquired a new listing in which the congregants of Plaintiff Colorado Springs Fellowship Church have took to the post and posted absolutely heinous comments such as "BUYER BEWARE! DO NOT BUY FROM THIS LYING MANIPULATIVE CROOK! Terrelle Jackson is immoral and has lied, spread poison on families for his own gain. He has used social media to spread lies and posted images of a deceased loved ones to justify his crooked and underhanded ways. STAY AWAY & PASS THE WORD!" All of the screen shots will be included as exhibits as well.

     I notified their Lawyer of this behavior also on 7/12/2021 and he deliberately chose not to respond to the email.

     I also notified CSPD (Colorado Springs Police Department) of this harassing behavior in which to file charges on all the individuals from prior and the ones included (which are the same people) I

spoke with Courtney at CSPD and she gave me a call Screen Number of: 21301971 in which she stated a Detective will be contacting me to further file this report. The detective that contacted me is named Officer McBride and we are currently working to pursue charges, as stated in previous motions in Colorado this type of harassment is a criminal act according to statute CRS 18-9-111 and I plan on pursuing this with every individual involved. This is absolutely ridiculous and outrageous for grown adults to act this way and it needs to be stopped. It's gone on for years, that's long enough.

Not only have they posted on my individual business page they also have taken again to Instagram and Twitter with this activity and messaged me and other individually including my Mother Yolanda Jackson and others. This is also included in the exhibits. They have also texted me from a number in which I have never seen before and tried to create a storyline in the text message, they through it out as a trap. Well, you can't trap anyone with something that never happened. I know the number is a fake number because if you do a google search and a reverse lookup it does not link to a carrier and it pulls up no information for the owner of the phone number. This is the worst behavior I have ever seen from individuals. This is also included in the exhibits.

They keep referring to a post of mine in which I stated a moment I had while driving of remembering Lawanna Clark. I'm entitled to my opinion and also my emotions. They are telling individuals that we stole the picture posted when in actuality the truth is this picture was given to my family years ago from Lawanna Clark herself. None of them were there when me and my family was around Lawanna Clark literally every day. There was not a day we were not either at the residence of Lawanna Clark or somewhere helping her with something either at her home or at her storage or with her picking up stuff or whatever the case may be. My family was extremely close to Lawanna Clark and it's sad that we were ripped apart from her due to the control of that church, as it's a known rule that if you do not attend that church, you are not to talk to anyone that has left. The post is also included in Exhibits. I am not responsible for any false conclusions they made from the post while stalking my page because again we are not friends on any social media and have blocked some of these people almost 20 times EACH and all they do is make fake or duplicate social media accounts to stalk us with. This is past lunatic behavior.  Over the last few days since Saturday there have been almost 100 contacts from these individuals. Even after telling them to stop contacting us and after letting their lawyer know about this obscene behavior. There are 49 attached Exhibits, and they continue to roll in from contacts from the Plaintiff Colorado Springs Fellowship Church

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].

Dated at _Arlington, __TX, this <u>13th</u> day _July 2021.

<u>TERRELLE JACKSON</u>

<u>2131 N COLLINS, SUITE 433 - PMB 174, ARLINGTON, TX 76011</u>
<u>214.434.9153</u>

---

[1] [**Note:** Local Civil Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion, and to describe the specific efforts to fulfill this duty. The duty to confer is not required, in certain exceptions.  See D.C.COLOLCivR 7.1(b)(1)-(4).]

Exhibit 49



is still grieving her sudden death and you have the AUDACITY to DESECRATE her memory and run her family down!?!?! The love Mrs.Rose and Mrs.Wanna had for each other was UNMATCHED and for you to try and tear that down is REPREHENSIBLE!!! And for you to sit back as someone who KNEW Mrs.Wanna and condone this EGREGIOUS behavior, shows how much of a LIAR and COWARD you are!!! You can talk whatever mess you want too on social media, but you know IN YOUR HEART, that you are A LIAR!!! You guys have DISRESPECTED this Pastor, family, and church TOO MANY TIMES AND ITS TIME OUT!!! Don't you guys ever get TIRED OF LYING?!?! Well whether you're tired or not, ENOUGH IS ENOUGH!!! STOP TALKING ABOUT  MRS.WANNA AND HER FAMILY!!!! Love DOES NOT stab in the back!!! When she was here, you guys put a dagger in her heart with all of the LIES that you told against her and her family! SO GET OFF OF IT!! ALL OF YOU are nothing but LOW-LIFE LIARS!!! Terrelle and Dustin are constantly saying how tired they are, but I promise, they haven't seen tired yet! We will CONTINUE to defend the people WE LOVE!!!

You don't even have to take my word for it! Here is Mrs.Wanna speaking for HERSELF!!! This clip of Mrs.Wanna contradicts EVERY LIE being told to attack the relationship she had with her mother!

Exhibit 47



IT!! ALL OF YOU are nothing but LOW-LIFE LIARS!!! Terrelle and Dustin are constantly saying how tired they are, but I promise, they haven't seen tired yet! We will CONTINUE to defend the people WE LOVE!!!

You don't even have to take my word for it! Here is Mrs.Wanna speaking for HERSELF!!! This clip of Mrs.Wanna contradicts EVERY LIE being told to attack the relationship she had with her mother!

https://www.dropbox.com/s/ 75nw5qu80cfc0k0/ Wanna%202015%20Mothers%20Day.mp 3?dl=0

**Wanna 2015 Mothers Day.mp3**
dropbox.com

1h    Like    Reply

**Reney Gaulden**
Arie Haughton you're not welcome on my page. Arie, this is the one and only time I will respond. I have nothing to do with this situation. Leave me and my family alone.

9m    Like    Reply

**Reney Gaulden**
Terrelle Jackson FYI

9m    Like    Reply

Exhibit 48



**Arie Haughton**

Terrelle Jackson is one of the BIGGEST SPINELESS COWARDS I HAVE EVER HAD THE DISPLEASURE OF KNOWING!!! HOW DARE HE post a picture of Mrs.Wanna and say that God took her from "this foolishness"?!?! HOW DARE HE say "you weren't like the rest of them"?! Evidently, none of you knew Mrs.Wanna, because she was JUST LIKE HER MOTHER!!!! Her family is still grieving her sudden death and you have the AUDACITY to DESECRATE her memory and run her family down!?!?! The love Mrs.Rose and Mrs.Wanna had for each other was UNMATCHED and for you to try and tear that down is REPREHENSIBLE!!! And for you to sit back as someone who KNEW Mrs.Wanna and condone this EGREGIOUS behavior, shows how much of a LIAR and COWARD you are!!! You can talk whatever mess you want too on social media, but you know IN YOUR HEART, that you are A LIAR!!! You guys have DISRESPECTED this Pastor, family, and church TOO MANY TIMES AND ITS TIME OUT!!! Don't you guys ever get TIRED OF LYING?!?! Well whether you're tired or not, ENOUGH IS ENOUGH!!! STOP TALKING ABOUT  MRS.WANNA AND HER FAMILY!!!! Love DOES NOT stab in the back!!! When she was here, you guys put a dagger in her

Exhibit 45



Exhibit 46



**Exhibit 43**





## Julie Johnson

Facebook

You're not friends on Facebook

VIEW PROFILE

11:17 AM

Don't take my word for it! These are the words directly from LaWanna Banks Clark, our beloved sister, who was suddenly taken. These clips from LaWanna contradict every lie told by Terrelle Jackson and those that agree with him about the



9

Exhibit 44



Julie

Don't take my word for it! These are the words directly from LaWanna Banks Clark, our beloved sister, who was suddenly taken. These clips from LaWanna contradict every lie told by Terrelle Jackson and those that agree with him about the relationship she had with her mother. Take a listen!

https://www.dropbox.com/s/60yx41bq1q9eebs/02%20Wanna%20Tribute%202011.mp3?dl=0

https://www.dropbox.com/s/75nw5qu80cfc0k0/Wanna%202015%20Mothers%20Day.mp3?dl=0

Sent from mobile

If you reply, Julie Johnson will also be able to call you and see info like your Active Status and when you've read messages.

DELETE          BLOCK





Exhibit 41



Exhibit 42



Exhibit 39



**Emoni's Post**

Arie Haughton

Your brother in law and husband are 2 of the BIGGEST SPINELESS COWARDS I HAVE EVER HAD THE DISPLEASURE OF KNOWING!!! HOW DARE Terrelle post a picture of Mrs.Wanna and say that God took her from "this foolishness"?!?! HOW DARE he say "you weren't like the rest of them"?! Evidently, none of you knew Mrs.Wanna, because she was JUST LIKE HER MOTHER!!!! Her family is still grieving her sudden death and you have the AUDACITY to DESECRATE her memory and run her family down!?!?! The love Mrs.Rose and Mrs.Wanna had for each other was UNMATCHED and for you to try and tear that down is REPREHENSIBLE!!! And for you to sit back as a sister in law and wife and condone this EGREGIOUS behavior, shows how much of a LIAR and COWARD you are!!! You and your ENTIRE family has DISRESPECTED this Pastor, family, and church TOO MANY TIMES!!! Don't you guys ever get TIRED OF LYING?!?! Well whether you're tired or not, ENOUGH IS ENOUGH!!! STOP TALKING ABOUT  MRS.WANNA AND HER FAMILY!!!! STOP saying how much you loved Mrs.Wanna!!! Love DOES NOT stab in the back!!! When she was here, you put a dagger in her heart with all of the LIES that you told against her and her family! SO GET OFF OF IT!! ALL OF YOU are nothing but LOW-LIFE LIARS!!! Terrelle and Dustin are constantly saying how tired they are, but I promise, they haven't seen tired yet! We will CONTINUE to defend the people WE LOVE!!!

Write a comment...

News Feed  Watch  Marketplace  Shop 9  Notifications 2  Menu

**Exhibit 40**



Exhibit 37



**Jessica Brown**

**Do you know this person?**

Scams often begin as messages from strangers. Be wary of claims about money and never send payments to someone you don't know.

**No**     **Yes**

12:15 PM

Are you ashamed to be associated with your lying son Terrelle Jackson? This coward slanders the grieving family of Lawanna Clark.  He attacks everything she stood for and the ministry she supported for +40 yrs and has the nerve to say he loved her! HYPOCRITE! LIAR! BLASPHEMER!

If you reply, Jessica will be able to call you and see information like your Active Status and when you've read messages.

**I don't want to hear from Jessica**

Aa

Exhibit 38





## Jessica Brown

VIEW PROFILE

12:15 PM

Are you ashamed to be associated with your lying son Terrelle Jackson? This coward slanders the grieving family of Lawanna



If you reply, Jessica will be able to call you and see information like your Active Status and when you've read messages.

I don't want to hear from Jessica

Exhibit 35



**Felicia Ruff**

Your son Terrelle is a two-face liar that cannot distinguish the truth from a lie. He tried to praise Wanna and separate her goodness from her church and family? You cannot separate the two. Wanna loved her family and the Colorado Springs Ministry. Her family and the church were her life. All the goodness and love that Wanna was she learned from her mother, family, and ministry. He had slandered her family in a time when they are still grieving her death. We have always told the truth about his lies. It is time you face it!



If you reply, Felicia will be able to call you and see information like your Active Status and when you've read messages.

**I don't want to hear from Felicia**



Exhibit 36





# Felicia Ruff

### Lives in Colorado Springs, Colorado

myself and works at A Just Cause CO

Studied Business at American
InterContinental University

**VIEW PROFILE**

8:26 PM

**Your son Terrelle is a two-face liar that cannot distinguish the truth from a lie. He tried to praise Wanna and separate her goodness from her church and family? You cannot separate the two. Wanna**

If you reply, Felicia will be able to call you and see information like your Active Status and when you've read messages.

**I don't want to hear from Felicia**



Exhibit 1



Exhibit 2



**Exhibit 3**



Exhibit 4



**Exhibit 5**



Exhibit 6



**Exhibit 7**



**Exhibit 8**



Exhibit 9

9:30                                              5G

All                              Mentions

**RightAWrong** @RightingWrong · 12h          ...
.@1DerrickJackson @mrmusic7 your brother
@TerrelleJackson is a COWARD through &
through! To post LaWanna Clarks pic shows how
evil he is knowing that her family is still grieving
over her loss!



You can reply to this conversation

💬          🔁 3          ♡          ⬆️

**WarriorOfJustice** @JusticWontBDnyd · 12h          ...
@1DerrickJackson @mrmusic7 your brother
@TerrelleJackson is evil to his core and has
nothing but lies spewing from his filthy mouth! To
post LaWanna Clarks pic shows how evil he is
knowing that the Banks family is still grieving
over their devastating loss!

You can reply to this conversation

💬          🔁          ♡          ⬆️

**WarriorOfJustice** @JusticWontBDnyd · 12h          ...

**Exhibit 10**



**Exhibit 11**



**Exhibit 12**



Exhibit 13



Exhibit 14



Exhibit 15



Exhibit 16



**Exhibit 17**



Exhibit 18



Exhibit 19



Exhibit 20



Exhibit 21



Exhibit 22



Exhibit 23



starting that's literally going to land them in jail lmbo. While they running around here catching FELONIES from listening to their "Fearless" leader. She is having all them carry out her dirty work while she sits back and watches all their lives being destroyed... but we are the liars... go somewhere lol

16h   Like   Reply                    3 😂👍

**Dustin Jackson**
Terrelle Jackson jail is their portion lol... how many of y'all Christians gonna have felonies haha  they wanna be Paul so bad 😂😂😂

16h   **Haha**   Reply                  2 😆

**Kendra Wallace**
Terrelle Jackson The NERVE of you to post Wanna's picture and run her family down in the same breath! You are one of the biggest COWARDS that has ever walked the face of the earth! Wanna stood for TRUTH and would not appreciate ANY of these LIES that you are putting out against her family and church! To think that she wasn't like her mother, you are the epitome of mental illness!! The love they had for one another was SPECIAL! You say you're tired now, but let it be known, you have started a war you CANNOT win!!

36m   Like   Reply                    1 ❤️

Exhibit 24



Exhibit 25



Sun at 5:34 PM

you are no better than
that lair Terrell, you know
how much Wanna Loved her
Mother and the church!
everything Wanna was was
because of her mother who
she adored, You don't love or
miss her if you love her you
would love her Mother the one
who taught her everything
she knew about God you are
not worth the flesh God
let you breath in such a
hypocrite!



You can't reply to this conversation. <u>Learn More</u>



Exhibit 26



Exhibit 27



Exhibit 28



Exhibit 29



Exhibit 30



Exhibit 31



Exhibit 32



Exhibit 33



Exhibit 34



## CERTIFICATE OF SERVICE

I hereby certify that on July 13th, 2021,
I sent a copy of the MOTION TO UPDATE COURT
to the following parties in the way described below each party's name:

Party Name: ROSE BANKS, and LAMONT BANKS and

COLORADO SPRINGS FELLOWSHIP CHURCH

How Served: EMAIL _____

Party Attorney's Name: BERNARD KLEINMAN _____

Address: 108 VILLAGE SQUARE, SUITE 313, SOMERS, NY 10589-2305 _____

Telephone Number:  914.644.6660 _____

Email Address: __ATTRNYLWYR@YAHOO.COM _____

_____ _Terrelle Jackson_ _____

(Signature of person completing service)

Print Name: Terrelle Jackson

Address: 2131 N. Collins Suite 433 – PMB 174, Arlington, TX 76011

Telephone Number: 214-434-9153

Email Address: Terrelle.L.Jackson@gmail.com