FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:55 pm, Jan 20, 2022
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02074-KMT

ROSE BANKS, LAMONT BANKS, COLORADO SPRINGS
FELLOWSHIP CHURCH,
    Plaintiff(s),

v.

TERRELLE JACKSON,

    Defendant(s).

---

MOTION ASKING FOR IMMEDIATE RELIEF

---

Asking for immediate relief from the individuals from Colorado Springs Fellowship. These individuals have continued over the past years to harass and attempts to smear not only my name but my family's name. These individuals namely Ariel Haughton, Tiffany Stewart, and Plaintiff Lamont Banks have recently issued yet another Smear campaign on January 19th in which they have sent this campaign to me several times through numerous social media outlets, Facebook and Twitter. And also have sent it to other friends and associates through Social media. This smear campaign was approved by Lamont Banks because as seen in the attached Exhibit they have added his signature. Please see all attached Exhibits

Asking for immediate relief from these individuals whether that is the arrest of the named individuals as Harassment is a felony offense in Colorado. I would also like an immediate restraining order against all Plaintiffs and all individuals that hold membership at Colorado Springs Fellowship Church and those attached to that organization. It is sheer elementary for these individuals to continue this type of Ludacris behavior, all approved and orchestrated by Plaintiffs Rose Banks and Plaintiff Lamont Banks as this type of behavior is known all across Colorado to be their "M.O". Also asking that Harassment and stalking charges also be filed against Tiffany Stewart and Ariel Haughton and Plaintiff Lamont Banks. These charges are valid as another individual that was named previously in the Third-Party claims was recently also charged with the same charges and awaits her court date

for sentencing for this matter, her name is Michelle Harris. They are all included and have all completed the same offense. Again, this type of behavior has gone on for years and needs to be stopped.

These individuals constantly stalk our social media pages and have stolen our personal pictures to smear our names with and they even took a picture of my 11-month-old nephew and placed him on this fabricated smear site, which is the son of Dustin Jackson. They also speak to personal occurrences such as my mother having cancer (Which she never had thyroid Cancer) and they play on that to try and prove a point. These individuals are the worst of individuals. They have also made fake social media accounts such as Dominick Walsh, Kelly Youngin, Cindy Shoemaker, Gabby Frankfurt, John Shaft to add additional harassment. This situation gets sicker and sicker as it goes on. These individuals should be immediately handed over to a legal mental institution for an evaluation. Please see attached exhibits for proof of this.

The type of information they are reporting is absolutely atrocious and most certainly is false information. The fact that these individuals sit around thinking of these disgusting situations and try to expose information to try and ruin and smear someone's name speaks to the type of people they are. Only saddened and miserable people operate like this. If you're going to report this type of despicable accusation(s) at least seek to tell the truth about the occurrences, instead they released an entire website filled with lies to try and smear the names Of Defendant Terrelle Jackon, Dustin Jackson, Yolanda Jackson, The Jackson Family and Regina Thurman.

The original website name they had was: https://tiffstewart.wixsite.com/thetruthspeaks which completely proves who made the website, Then they changed the website name now to: [https://www.thetruthnow.online/](https://www.thetruthnow.online/). If you do a "WHOIS Search it shows the domain name was created yesterday on 01/19/2022 and they also masked the domain to hide the owner of it, but the nameservers are attached to an IP Address that point directly to Tiffany Stewart

Domain Name: THETRUTHNOW.ONLINE
Registry Domain ID: D270716882-CNIC
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: https://www.networksolutions.com/
Updated Date: 2022-01-19T19:49:42.0Z
Creation Date: 2022-01-19T19:49:39.0Z
Registrant Name: Statutory Masking Enabled
Registrant Organization: Statutory Masking Enabled
Registrant Street: Statutory Masking Enabled

Registrant City: Statutory Masking Enabled

Registrant State/Province: FL

Registrant Postal Code: Statutory Masking Enabled

Registrant Country: US

Registrant Phone: Statutory Masking Enabled

Name Server: NS13.WIXDNS.NET

Name Server: NS12.WIXDNS.NET

      These individuals keep posting these coerced testimonials to try and prove a point, most of the testimonials are made up by them and words the individuals have never spoken. They had their church members complete these testimonials to put out on the internet in some sort of attempt seemingly to do some type of damage control because their church name and Pastors name has a complete horrible reputation in the entire state. And they call it "The Truth" Yet never spoke to the real facts of the absolutely horrendous thing the Plaintiff Rose Banks has done to families and people that have journeyed through Colorado Springs Fellowship Church.

      Colorado law states: **CRS 18-9-111** is the Colorado statute that defines criminal harassment as intentionally bothering, annoying, or alarming someone by way of repeated contact, obscene gestures, hitting, taunting, or following in public. A conviction is a misdemeanor punishable by up to 6 months in jail and/or $50 to $750 in fines.

      Being that Harassment and stalking is an offense, I am asking the Judge to grant the highest punishment Colorado can give on these offenses, be it jail time or fines for each named individual, namely Plaintiff Lamont Banks, Tiffany Stewart, and Ariel Haughton. The key and ultimate aggressor behind all of this is Plaintiff Rose Banks, for years she has placed individuals up to carry our her wicked schemes in order to protect her so when the schemes backfire, which they all have, then the named individual would catch the case or injury and not Plaintiff Rose Banks. She is the main aggressor behind this type of wickedness. This has gone on long enough and it's past ridiculous. Individuals in Colorado Springs Fellowship church are already facing jail time and awaiting sentencing for this same stuff they are doing, and they lie and state they have not done anything, but this is clear proof they have and are still carrying out these wicked tasks.

With the duty to confer with Plaintiffs' Lawyer I did email Bernard Kleinman and received no response

Dated at _Arlington, __TX, this 20th day _January 2022.

TERRELLE JACKSON

2131 N COLLINS, SUITE 433 - PMB 174, ARLINGTON, TX 76011

214.434.9153

# CERTIFICATE OF SERVICE

I hereby certify that on January 20th, 2022,
I sent a copy of the MOTION ASKING FOR IMMEDIATE RELIEF

to the following parties in the way described below each party's name:

Party Name: ROSE BANKS, and LAMONT BANKS and

COLORADO SPRINGS FELLOWSHIP CHURCH

How Served: EMAIL

Party Attorney's Name: BERNARD KLEINMAN

Address: 108 VILLAGE SQUARE, SUITE 313, SOMERS, NY 105892305

Telephone Number: 914.644.6660
Email Address: ATTRNYLWYR@YAHOO.COM

*Terrelle Jackson*

(Signature of person completing service)

Print Name: Terrelle Jackson

Address: 2131 N. Collins Suite 433 – PMB 174, Arlington, TX 76011

Telephone Number: 214-434-9153

Email Address: Terrelle.L.Jackson@gmail.com