IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:56 pm, Jan 31, 2022
JEFFREY P. COLWELL, CLERK

Civil Action No. 1:20-cv-02074-KMT

ROSE BANKS, LAMONT BANKS, COLORADO SPRINGS FELLOWSHIP CHURCH,
    Plaintiff(s),

v.

TERRELLE JACKSON,

    Defendant(s).

---

## MOTION FOR DEMAND LETTER FOR MEMBERS OF COLORADO SPRINGS FELLOWSHIP

---

    This is a demand letter to legally make aware of the behavior of members of the organization Colorado Springs Fellowship. This is a demand to immediately cease the brutish and childish social media bullying and harassment and stalking from ALL individuals connected to the organization of Colorado Springs Fellowship and Rose Banks which is the Pastor of this organization and A Just Cause in which Lamont Banks is the Executive Director.

    This type of behavior is beyond uncalled for and is not becoming of those who claim Christianity. It's evil and wicked and starts from the head of the organization. Rose Banks which is the Pastor went on the radio broadcast for A Just Cause and headed out this type of behavior, Lamont Banks has cosigned this behavior for years. They are the forerunners.

    A Just Cause originally created to bring light to the injustice that happens in this country and you all have perversely twisted the main intention in which the organization was even established, using the non-profit to pilot the twisted schemes of trying to destroy others lives by smearing the names of individuals and contacting employers and current church memberships and church members of those who do not agree with the behaviors and abuse from Rose Banks and the organization of Colorado Springs Fellowship. This is evil and wicked and cultish at the core

This type of behavior also violates the bylaws of even obtaining/running a 5013c. If this behavior doesn't stop immediately and the entire website of lies removed that was published by Tiffany Stewart and broadcast by Ariel Haughton and all signed by Lamont Banks the Executive Director of A Just Cause then legal actions will commence. This behavior coming from miserable witches and warlocks is beyond disgusting and childish.

The members of the organization Colorado Springs Fellowship and volunteers of A Just Cause have been stalking and harassing and trying to smear the names of The Jackson Family and Ex-members of the organization Colorado Springs Fellowship for years and it must stop. These individuals are looking to gain a reaction and incite violence and it is fueled out of pure hatred from you all.

Harassment is a crime, and the individuals of the organization Colorado Springs Fellowship are engaging in criminal activity and if not stopped legal actions will begin

According to CRS 18-9-111 which is The Colorado statute that defines criminal harassment as intentionally bothering, annoying, or alarming someone by way of repeated contact, obscene gestures, hitting, taunting, or following in public. All of which these individuals of the organization Colorado Springs Fellowship have completed except hitting.

The statements on the website all are false and vulgar and disgusting of individuals to even post and broadcast through social media, and deceitful at best. These acts fail because they are all false statements unlike the statements made by Terrelle Jackson which are actually "alleged" historical events that occurred from Rose Banks and Lamont Banks and within the organization Colorado Springs Fellowship. There is quite a difference between proof and heresy.

This letter has been/will be delivered to everyone involved and to the proper legal attorneys for the individuals to whom it may concern

With the duty to confer with Plaintiffs' Lawyer I did email Bernard Kleinman as the agreed upon method of service, his response was "`I have no idea of what you speak.`
`Sadly, I cannot prevent you from filing more frivolous motions and pleadings.`
`Perhaps, you should move on with your life [such as it is].`
`But, alas, I do not think you will.`"

Dated at _Arlington, __TX, this 31st day _January 2022.

TERRELLE JACKSON

2131 N COLLINS, SUITE 433 - PMB 174, ARLINGTON, TX 76011

214.434.9153

## CERTIFICATE OF SERVICE

I hereby certify that on January 31st, 2022, I sent a copy of the MOTION FOR DEMAND LETTER FOR MEMBERS OF COLORADO SPRINGS FELLOWSHIP to the following parties in the way described below each party's name:

Party Name: ROSE BANKS, and LAMONT BANKS and

COLORADO SPRINGS FELLOWSHIP CHURCH

How Served: EMAIL

Party Attorney's Name: BERNARD KLEINMAN

Address: 108 VILLAGE SQUARE, SUITE 313, SOMERS, NY 105892305

Telephone Number: 914.644.6660
Email Address: ATTRNYLWYR@YAHOO.COM

*Terrelle Jackson*

(Signature of person completing service)

Print Name: Terrelle Jackson

Address: 2131 N. Collins Suite 433 – PMB 174, Arlington, TX 76011

Telephone Number: 214-434-9153

Email Address: Terrelle.L.Jackson@gmail.com