IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:56 pm, Jan 31, 2022
JEFFREY P. COLWELL, CLERK

Civil Action No. 1:20-cv-02074-KMT

ROSE BANKS, LAMONT BANKS, COLORADO SPRINGS FELLOWSHIP CHURCH,
    Plaintiff(s),

v.

TERRELLE JACKSON,

    Defendant(s).

---

### MOTION FOR DEMAND LETTER FOR ROSE BANKS

---

    This is a demand letter to legally make you aware of the willing abuse, harassment, and stalking coming from the members of the organization Colorado Springs Fellowship in which you "Rose Banks" is the Pastor. Also coming from your Son Lamont Banks who is the Executive Director of the non-profit- A Just Cause. Your organization members started a new smear campaign on 19th of January (Tiffany Stewart to be specific) In which the website is now "truthtold.info". The beginning website was "https://tiffstewart.wixsite.com/thetruthspeaks" which was by far the most simple-minded thing to do because if you're going to complete criminal activity at least be smart about it and cover your trail. The creator of the websites name is in the web address, Smart move. This letter is a demand to immediately cease the brutish and childish social media bullying, harassment, and stalking from ALL individuals connected to the organization of Colorado Springs Fellowship and Rose Banks and A Just Cause.

    This type of behavior you are aware of already and willfully back and allow from your members. This type of wickedness must stop. This type of behavior is beyond uncalled for and is not becoming of those who claim Christianity. It's evil and wicked and starts from the head of the organization. You went on the radio broadcast for A Just Cause and headed out this type of behavior, you are the forerunner. This behavior coming from leadership and allowed to go on is quite narcissistic.

If this behavior doesn't stop immediately and the entire website of lies removed that was published by Tiffany Stewart and broadcast by Ariel Haughton and numerous other organization members then legal actions will commence. This behavior coming from miserable witches and warlocks is beyond disgusting and childish.

The members of the organization Colorado Springs Fellowship and volunteers of A Just Cause have been stalking and harassing and trying to smear the names of The Jackson Family and Ex-members of the organization Colorado Springs Fellowship for years and it must stop. These individuals are looking to gain a reaction and incite violence and it is fueled out of pure hatred from you all.

Harassment is a crime, and the individuals of the organization Colorado Springs Fellowship are engaging in criminal activity, if not stopped legal actions will begin immediately.

According to CRS 18-9-111 which is The Colorado statute that defines criminal harassment as: intentionally bothering, annoying, or alarming someone by way of repeated contact, obscene gestures, hitting, taunting, or following in public. All of which these individuals of the organization Colorado Springs Fellowship have completed, except hitting.

The statements on the website all are false and vulgar and disgusting of individuals to even post and broadcast through social media, and deceitful at best. These acts fail because they are all false statements unlike the statements made by Terrelle Jackson which are actually "alleged" historical events that occurred from Rose Banks and Lamont Banks and within the organization Colorado Springs Fellowship. There is quite a difference between proof and heresy.

This letter has been/will be delivered to everyone involved and to the proper legal attorneys for the individuals to whom it may concern

With the duty to confer with Plaintiffs' Lawyer I did email Bernard Kleinman as the agreed upon method of service, his response was "`I have no idea of what you speak. Sadly, I cannot prevent you from filing more frivolous motions and pleadings.`
`Perhapsr you should move on with your life [such as it is]. But, alas, I do not think you will.`"

Dated at _Arlington, __TX, this 31st day _January 2022.

TERRELLE JACKSON

2131 N COLLINS, SUITE 433 - PMB 174, ARLINGTON, TX 76011
214.434.9153

# **CERTIFICATE OF SERVICE**

I hereby certify that on <u>January 31st, 2022</u>,
I sent a copy of the <u>MOTION FOR DEMAND LETTER FOR ROSE BANKS</u>

<u>t</u>o the following parties in the way described below each party's name:

Party Name: <u>ROSE BANKS, and LAMONT BANKS and</u>

<u>COLORADO SPRINGS FELLOWSHIP CHURCH</u>

How Served: <u>EMAIL</u>

Party Attorney's Name: <u>BERNARD KLEINMAN</u>

Address: <u>108 VILLAGE SQUARE, SUITE 313, SOMERS, NY 105892305</u>

Telephone Number: <u>914.644.6660</u>
Email Address: <u>ATTRNYLWYR@YAHOO.COM</u>

*Terrelle Jackson*

(Signature of person completing service)

Print Name: <u>Terrelle Jackson</u>

Address: <u>2131 N. Collins Suite 433 – PMB 174, Arlington, TX 76011</u>

Telephone Number: <u>214-434-9153</u>

Email Address: <u>Terrelle.L.Jackson@gmail.com</u>